UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION


ADLEY T. CAMPBELL ET AL                     CIVIL ACTION NO. 3:17-01454

VERSUS                                      JUDGE ROBERT G. JAMES

LASALLE MANAGEMENT CO. LLC ET AL            MAGISTRATE JUDGE


## RESPONSE TO REMOVAL ORDER

NOW INTO COURT, through undersigned counsel, comes the defendants, LaSalle Management Co. LLC, Richwood Correctional Center LLC, and Ray Hanson who file this response in compliance with the Court's November 9, 2017 Removal Order.

1.

The attorneys involved in this matter and the parties they represent are as follows:

Ms. Jennifer P. McKay (#26999)
Colvin, Smith & McKay
900 Market St. Suite 300
Shreveport, Louisiana 71101

**ATTORNEYS FOR DEFENDANTS, LASALLE MANAGEMENT CO. LLC, RICHWOOD CORRECTIONAL CENTER LLC, AND RAY HANSON**

Mr. Steven A. Hansen (#06526)
101 Wood Street
Monroe, LA 71201

Mr. Keith T. Whiddon (#35384)
101 Wood Street
Monroe. LA 71201

1

Mr. Kevin H. Johnson
P.O. Box 4755
Monroe, LA 71211

**ATTORNEYS FOR PLAINTIFFS, ADLEY T. CAMPBELL, JIMMY KLOBAS, JARETH VINET, SIDNEY STEPHENS, AND DARIN WHITTINGTON**

All other parties in the matter are unrepresented and, upon information and belief, they have not been properly served.

2.

The following constitutes the entire state court records of the Ouachita Parish Clerk of Court in this proceeding prior to the filing of the Notice of Removal:

1. Civil Case Cover Sheet, Petition for Damages, Request for Production of Documents and Things in Accordance with LA. C.C.P. Art. 1461, Interrogatories, Citation to Sgt. Shafers, Notice – Interrogatories/Request for Production to Sgt. Shafers, Citation to Sgt. Duan Rosenthal, Notice – Interrogatories/Request for Production to Sgt. Duan Rosenthal, Citation to Richwood Correctional Center, LLC, Notice – Interrogatories/Request for Production to Richwood Correctional Center, LLC, Citation to Lt. Lawrence, Notice – Interrogatories/Request for Production to Lt. Lawrence, Citation to LaSalle Management Co. LLC, Notice – Interrogatories/Request for Production to LaSalle Management Co. LLC, Citation to Ray Hansen, Notice – Interrogatories/Request for Production to Ray Hansen, Citation to Capt. Douglas, Notice – Interrogatories/Request for Production to  Capt. Douglas, Citation to Correctional Officer Parker, Notice – Interrogatories/Request for Production to Correctional Officer Parker, Citation to Correctional Officer Credit, Notice – Interrogatories/Request for Production to Correctional Officer Credit. (79 pages filed October 13, 2017);

2. Sheriff Return: Citation to Lt. Lawrence filed October 17, 2017;

3. Sheriff Return: Notice – Interrogatories/Request for Production to Lt. Lawrence filed October 17, 2017;

4. Sheriff Return: Citation to Sgt. Duan Rosenthal filed October 17, 2017;

5. Sheriff Return: Notice – Interrogatories/Request for Production to Sgt. Duan Rosenthal filed October 17, 2017;

6. Sheriff Return: Citation to Capt. Douglas filed October 17, 2017;

7. Sheriff Return: Notice – Interrogatories/Request for Production to Capt. Douglas filed October 17, 2017;

8.  Sheriff Return: Citation to Correctional Officer Parker filed October 17, 2017;

9.  Sheriff Return: Notice – Interrogatories/Request for Production to Correctional Officer Parker filed October 17, 2017;

10. Sheriff Return: Citation to Correctional Officer Credit filed October 17, 2017;

11. Sheriff Return: Notice – Interrogatories/Request for Production to Correctional Officer Credit filed October 17, 2017;

12. Sheriff Return: Citation to Sgt. Shafers filed October 17, 2017;

13. Sheriff Return: Notice – Interrogatories/Request for Production to Sgt. Shafers filed October 17, 2017;

14. Sheriff Return: Citation to Ray Hanson and Sheriff Return: Notice – Interrogatories/Request for Production to Ray Hanson filed October 17, 2017;

15. Sheriff Return: Citation to Richwood Correctional Center LLC, Sheriff Return: Citation to LaSalle Management Co. LLC, Sheriff Return: Notice – Interrogatories/Request for Production to LaSalle Management Co. LLC, and Lincoln Parish Sheriff Invoice filed October 26, 2017;

16. Suit Ledger from Ouachita Parish Clerk of Court.

All of the above referenced documents are attached.

3.

There were no motions or exceptions pending in the state court at the time of removal.

4.

There were no funds being held by the state court for the benefit of the litigants.

Respectfully submitted,

COLVIN, SMITH & MCKAY
Attorneys for LaSalle Management Co. LLC,
Richwood Correctional Center LLC,
and Ray Hanson

/s/ Jennifer P. McKay
Jennifer P. McKay, #26999
900 Market Street, Suite 300
Shreveport, Louisiana 71101
(318) 429-6770
Facsimile: (318) 429-6771

## CERTIFICATE

I HEREBY CERTIFY that the above list of documents and documents attached hereto constitutes the entire state record as the date of removal.

/s/ Jennifer P. McKay
Jennifer P. McKay

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing was electronically filed with the Clerk of Court using the CM/ECF System. Notice of this filing was sent to counsel of record by operation of the court's electronic filing system.

Shreveport, Louisiana, this 7th day of December, 2017.

/s/ Jennifer P. McKay
OF COUNSEL

4