UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ADLEY T. CAMPBELL, ET AL. | CIVIL ACTION NO. 17-1454 |
| VERSUS | JUDGE ROBERT G. JAMES |
| LASALLE MANAGEMENT CO., LLC, ET AL. | MAG. JUDGE KAREN L. HAYES |

## ORDER

Upon consideration,

**IT IS ORDERED** that the Motion to Set Deadline for Rule 26 Conference [Doc. No. 11] is GRANTED. The deadline for holding the Rule 26(f) conference is extended to Friday, January 26, 2018. Attorneys shall meet in person or by telephone no later than that date. Within 14 calendar days after the meeting, the parties must (1) file the case management plan in the format available on Judge James' forms page at www.lawd.uscourts.gov and (2) exchange the initial disclosures required by Fed. R. Civ. P. 26(a).

**MONROE, LOUISIANA**, this 17th day of January, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE