## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

ADLEY T. CAMPBELL, JIMMY
KLOBAS INDIVIDUAL, JARETH
VINET INDIVIDUAL, SIDNEY
STEPHENS INDIVIDUAL, DARIN
WHITTINGTON INDIVIDUAL

CA NO. 3:17-CV-01454-RGJ-KLH

JUDGE ROBERT JAMES

MAGISTRATE JUDGE KAREN
HAYES

**VERSUS**

LASALLE MANAGEMENT CO. LLC,
RICHWOOD CORRECTIONAL CENTER LLC,
RAY HANSEN INDIVIDUAL,
CAPT DOUGLAS INDIVIDUAL, SGT
DUAN ROSENTHAL INDIVIDUAL,
SGT SHAFERS INDIVIUAL, LT
LAWRENCE INDIVIDUAL,
CORRECTIONAL OFFICER CREDIT
INDIVIDUALLY, CORRECTIONAL
OFFICER PARKER INDIVIDUALLY,
XYZ INSURANCE COMPANY
INCLUSIVE, ABC INSURANCE
COMPANY INCLUSIVE

## ORDER

Considering the plaintiffs' motion,

**IT IS HEREBY ORDERED** that the Plaintiffs are granted a 120 day extension of time

to serve Capt. Douglas, Sgt. Duan Rosenthal, Sgt. Shafers, Lt. Lawrence, Correctional Officer Credit,

Correctional Officer Parker, XYZ Insurance Company and ABC Insurance Company.

**ORDER SIGNED** on the ____5th____ day of February, 2018 in Monroe, LA.

_____
JUDGE