**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
XXXX~~SHREVEPORT~~ DIVISION
MONROE

ADLEY CAMPBELL, ET AL        *      NUMBER: 3:17-CV-01454

VERSUS                 *      JUDGE ~~ROBERT JAMES~~XXX
                                       TERRY A. DOUGHTY

LASALLE MANAGEMENT CO., LLC,              JUDGE
ET AL             *      MAGISTRATE KAREN HAYES

## ORDER

The foregoing Motion for Extension of Time in Which to File Responsive Pleadings on behalf of Officer Christopher Loring having been considered:

IT IS HEREBY ORDERED that Defendant, Officer Christopher Loring, are granted an extension of time to and including April 26, 2018, within which to file responsive pleadings.

Monroe
~~Shreveport~~, Louisiana, this 27th day of March , 2018.

_____
JUDGE