UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

ADLEY T. CAMPBELL, JIMMY KLOBAS INDIVIDUAL, JARETH VINET INDIVIDUAL, SIDNEY STEPHENS INDIVIDUAL, DARIN WHITTINGTON INDIVIDUAL

CA NO. 3:17-CV-01454-RGJ-KLH

JUDGE TERRY DOUGHTY

MAGISTRATE JUDGE KAREN HAYES

VERSUS

LASALLE MANAGEMENT CO. LLC, RICHWOOD CORRECTIONAL CENTER LLC, RAY HANSEN INDIVIDUAL, CAPT DOUGLAS INDIVIDUAL, SGT DUAN ROSENTHAL INDIVIDUAL, SGT SHAFERS INDIVIUAL, LT LAWRENCE INDIVIDUAL, CORRECTIONAL OFFICER CREDIT INDIVIDUALLY, CORRECTIONAL OFFICER PARKER INDIVIDUALLY, XYZ INSURANCE COMPANY INCLUSIVE, ABC INSURANCE COMPANY INCLUSIVE

## ORDER

Considering the Plaintiff's Motion for Leave of Court to file Amended and Supplemental Petition,

Plaintiff's Motion for Leave of Court to file Amended and Supplemental Petition is _____

GRANTED __X__ DENIED_____.

IT IS ORDERED that the attached Amended Petition be filed into the record as prayed for.

In chambers, May 2, 2018.

_____
JUDGE