UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| ADLEY T. CAMPBELL, JIMMY KLOBAS INDIVIDUAL, JARETH VINET INDIVIDUAL, SIDNEY STEPHENS INDIVIDUAL, DARIN WHITTINGTON INDIVIDUAL | CA NO. 3:17-CV-01454-RGJ-KLH  JUDGE TERRY DOUGHTY  MAGISTRATE JUDGE KAREN HAYES |

**VERSUS**

LASALLE MANAGEMENT CO. LLC,
RICHWOOD CORRECTIONAL CENTER LLC,
RAY HANSEN INDIVIDUAL,
CAPT DOUGLAS INDIVIDUAL, SGT
DUAN ROSENTHAL INDIVIDUAL,
SGT SHAFERS INDIVIUAL, LT
LAWRENCE INDIVIDUAL,
CORRECTIONAL OFFICER CREDIT
INDIVIDUALLY, CORRECTIONAL
OFFICER PARKER INDIVIDUALLY,
XYZ INSURANCE COMPANY
INCLUSIVE, ABC INSURANCE
COMPANY INCLUSIVE

## AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes and appears **ADLEY T. CAMPBELL, JIMMY KLOBAS, JARETH VINET, SIDNEY STEPHENS AND DARIN WHITTINGTON**, all incarcerated and domiciled at Richwood Correctional Center located in Ouachita Parish, Louisiana during the course and scope of all occasions cited within the body of this petition and are **referred to collectively hereinafter as "Plaintiff", "Plaintiffs" or "Petitioners"**.

**ADLEY T. CAMPBELL, JIMMY KLOBAS, JARETH VINET, SIDNEY STEPHENS**

<u>AND DARIN WHITTINGTON</u>, **each and all of them**, petition and request that this Court grant them relief in accordance with the following causes of action:

1. NEGLIGENCE, IN VIOLATION OF <u>LA. C.C. ART. 2315</u> AND <u>LA. C.C. ART. 2320</u>
2. UNREASONABLE SEARCH AND SEAIZURE, IN VIOLATION OF <u>LA. C.C. ART. 2315</u>; <u>ART. I, § 5 OF THE LOUISIANA CONSTITUTION</u> AND <u>LA. C.C. ART. 2320</u>
3. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, IN VIOLATION OF <u>LA. C.C. ART. 2315</u> AND <u>LA. C.C. ART. 2320</u>
4. UNREASONABLE AND EXCESSIVE FORCE, IN VIOLATION OF <u>42 U.S.C. § 1983</u>; <u>US. CONST. AMEND IV</u>; <u>US. CONST. AMEND V</u> AND <u>LA. C.C. ART. 2320</u>
5. CONSPIRACY, IN VIOLATION OF <u>42 U.S.C. § 1983</u> AND <u>LA. C.C. ART. 2320</u>
6. CONSPIRACY WITH RACIAL ANIMUS, IN VIOLATION OF <u>42 U.S.C. § 1985(3)</u> AND <u>LA. C.C. ART. 2320</u>
7. SUPERVISORY LIABILITY, IN VIOLATION OF <u>42 U.S.C. § 1983</u>
8. RESPONDEAT SUPERIOR/NEGLIGENT HIRING, TRAINING, RETENTION AND/OR ENTRUSTMENT, IN VIOLATION OF <u>LA. C.C. ART. 2320</u> AND <u>LA. C.C. ART. 2315</u>

AND, plaintiffs, each and all of them, respectfully represent the following:

1.

By amending paragraph 1, which was imperfectly stated to read as follows:

Made defendants herein are:

- Made defendant herein is **RODERICK DOUGLAS**, Petitioners are informed and believe, and allege on the basis of that information and belief that the defendant is a resident of and domiciled in the State of Louisiana and who is, and at all times herein mentioned, was employed by defendant LaSalle Management Company, LLC and/or employed by defendant Richwood Correctional Center, LLC. Further, Petitioners are informed and

believe, and allege on the basis of that information and belief that the defendant is being sued in an official capacity and in an individual capacity and at all times hereinafter mentioned was engaged in the course and scope of his employment for defendants, LaSalle Management Company, LLC and/or Richwood Correctional Center, LLC;

- Made defendant herein is **DUAN ROSENTHAL**, Petitioners are informed and believe, and allege on the basis of that information and belief that the defendant is a resident of and domiciled in the State of Louisiana and who is, and at all times herein mentioned, was employed by defendant LaSalle Management Company, LLC and/or employed by defendant Richwood Correctional Center, LLC. Further, Petitioners are informed and believe, and allege on the basis of that information and belief that the defendant is being sued in an official capacity and in an individual capacity and at all times hereinafter mentioned was engaged in the course and scope of his employment for defendants, LaSalle Management Company, LLC and/or Richwood Correctional Center, LLC;

- Made defendant herein is **DEMARIO SHAFER**, Petitioners are informed and believe, and allege on the basis of that information and belief that the defendant is a resident of and domiciled in the State of Louisiana and who is, and at all times herein mentioned, was employed by defendant LaSalle Management Company, LLC and/or employed by defendant Richwood Correctional Center, LLC. Further, Petitioners are informed and believe, and allege on the basis of that information and belief that the defendant is being sued in an official capacity and in an individual capacity and at all times hereinafter mentioned was engaged in the course and scope of his employment for defendants, LaSalle Management Company, LLC and/or Richwood Correctional Center, LLC;

- Made defendant herein is **CHRISTOPHER LORING**, Petitioners are informed and

believe, and allege on the basis of that information and belief that the defendant is a resident of and domiciled in the State of Louisiana and who is, and at all times herein mentioned, was employed by defendant LaSalle Management Company, LLC and/or employed by defendant Richwood Correctional Center, LLC. Further, Petitioners are informed and believe, and allege on the basis of that information and belief that the defendant is being sued in an official capacity and in an individual capacity and at all times hereinafter mentioned was engaged in the course and scope of his employment for defendants, LaSalle Management Company, LLC and/or Richwood Correctional Center, LLC;

- Made defendant herein is **QUINTAIL CREDIT**, Petitioners are informed and believe, and allege on the basis of that information and belief that the defendant is a resident of and domiciled in the State of Louisiana and who is, and at all times herein mentioned, was employed by defendant LaSalle Management Company, LLC and/or employed by defendant Richwood Correctional Center, LLC. Further, Petitioners are informed and believe, and allege on the basis of that information and belief that the defendant is being sued in an official capacity and in an individual capacity and at all times hereinafter mentioned was engaged in the course and scope of his employment for defendants, LaSalle Management Company, LLC and/or Richwood Correctional Center, LLC;

- Made defendant herein is **DAVID PARKER**, Petitioners are informed and believe, and allege on the basis of that information and belief that the defendant is a resident of and domiciled in the State of Louisiana and who is, and at all times herein mentioned, was employed by defendant LaSalle Management Company, LLC and/or employed by defendant Richwood Correctional Center, LLC. Further, Petitioners are informed and

believe, and allege on the basis of that information and belief that the defendant is being sued in an official capacity and in an individual capacity and at all times hereinafter mentioned was engaged in the course and scope of his employment for defendants, LaSalle Management Company, LLC and/or Richwood Correctional Center, LLC;

- Made defendant herein is **The Princeton Excess and Surplus Lines Insurance Company**, an insurance company domiciled in the State of Delaware and organized, existing, and with their principal place of business in the State of New Jersey, who insures defendants LaSalle Management Company, LLC and/or employed by defendant Richwood Correctional Center, LLC but who on information and belief is authorized to do and does business in the State of Louisiana.

2.

Petitioners are informed and believe and thereon allege that at all times herein mentioned defendants, and each of them, were the agents, servants and employees of each other, acting within the course and scope of said agency and employment:

**WHEREFORE**, Plaintiffs, **ADLEY T. CAMPBELL**, **JIMMY KLOBAS**, **JARETH VINET**, **SIDNEY STEPHENS** and **DARIN WHITTINGTON**, **each and all of them**, pray for judgment against Defendants, and each of them, jointly and severally, as follows: , Plaintiff, reiterating the prayer of his original petition as though set forth at length herein, prays:

1. That his original petition/complaint be amended in the above particulars;
2. That, after due proceedings had, there be judgment herein in favor of the plaintiffs, and
3. For such other, and further, legal and equitable relief as the Court shall deem necessary and proper under the premise.

      Respectfully submitted,

      Steven A. Hansen
      Steven A. Hansen(06526)
      101 Wood Street
      Monroe, LA 71201

318-388-4205
sahansen@comcast,net
318-324-8806 fax

/s/Keith T. Whiddon
Keith T. Whiddon(35384)
101 Wood Street
Monroe, LA 71201
318-387-2776
keith@ktwlegal.com
318-387-2767 fax

/s/Kevin H. Johnson
Kevin H. Johnson(28824)
P.O. Box 4755
Monroe, LA 71211
318-570-5412
Khjlaw97@gmail.com