UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

ADLEY T. CAMPBELL, JIMMY
KLOBAS INDIVIDUAL, JARETH
VINET INDIVIDUAL, SIDNEY
STEPHENS INDIVIDUAL, DARIN
WHITTINGTON INDIVIDUAL

CA NO. 3:17-CV-01454-RGJ-KLH

JUDGE ROBERT JAMES

MAGISTRATE JUDGE KAREN
HAYES

**VERSUS**

LASALLE MANAGEMENT CO. LLC,
RICHWOOD CORRECTIONAL CENTER LLC,
RAY HANSEN INDIVIDUAL,
CAPT DOUGLAS INDIVIDUAL,  SGT
DUAN ROSENTHAL INDIVIDUAL,
SGT SHAFERS INDIVIUAL, LT
LAWRENCE INDIVIDUAL,
CORRECTIONAL OFFICER CREDIT
INDIVIDUALLY, CORRECTIONAL
OFFICER PARKER INDIVIDUALLY,
XYZ INSURANCE COMPANY
INCLUSIVE, ABC INSURANCE
COMPANY INCLUSIVE

## ORDER

Considering the plaintiffs' motion,

IT IS HEREBY ORDERED that the Plaintiffs are granted an additional 120 day

extension of time to serve Duan Rosenthal, Demario Shaffer, David Parker, Quintail Credit and

Roderick Douglas.

ORDER SIGNED on the ___31st___ day of ~~June~~ May, 2018 in Monroe, LA.

_____
JUDGE