UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

ADLEY T. CAMPBELL, ET AL                    CIVIL ACTION NO. 17-CV-01454

VERSUS                                      JUDGE

LASALLE MANAGEMENT CO., LLC.                MAGISTRATE JUDGE

ANSWER TO AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes CHRISTOPHER LORING

(incorrectly identified in the Petition as Lt. Lawrence), who in answer to the Amended Complaint

responds as follows:

I.

In answer to the introductory paragraph and subparagraphs of Plaintiffs amended

complaint, it is shown that the items are legal conclusions and require no answer, but in an

abundance of caution the paragraph and all subparagraphs are denied.

NOW APPEARS defendant who denies each and every allegation contained within

plaintiff's amending complaint except those hereinafter specifically admitted; and now answering

said amending complaint, paragraph by paragraph, defendant would show:

1.

In answer to the allegations of the paragraph it is admitted that Christopher Loring is a

major resident and domiciliary of the State of Louisiana; except as specifically admitted in the

allegations of the paragraph and all other subparagraphs are denied for lack of sufficient

information to justify belief therein .

2.

The allegations of paragraph 2 are denied for lack of sufficient information to justify a belief therein.

WHEREFORE DEFENDANT, CHRISTOPHER LORING (incorrectly identified at Lt. Lawrence), prays that:

1. This answer be deemed good and sufficient;

2. After due proceedings had, there be judgment herein dismissing Plaintiffsø suit at their costs;

3. For all costs herein, including reasonable attorneyøs fees.

4. In the alternative, and only in the event that judgment is rendered herein against Defendant, then, and in that event, any and all recovery be reduced by that percentage of fault of any Plaintiff; and

5. For all other just, general and equitable relief.

DEFENDANT FURTHER PRAYS AND REITERATES all previous defenses set forth in their original Answer as it set with herein detail.

DEFENDANT FURTHER PRAYS for all general and equitable relief which may be necessary.

Respectfully submitted,

LAVALLE B. SALOMON, APLC
700 North 2nd Street
P. O. Box 14596
Monroe, Louisiana 71207
Telephone: (318) 387-1222
Facsimile: (318) 387-1273
ATTORNEY FOR DEFENDANT


BY:____//Lavalle B. Salomon//_____
        Lavalle B. Salomon - #8599

<u>CERTIFICATE</u>

I certify that an exact copy of the above and foregoing Answer to Petition is hereby forwarded via PACER to all counsel of record herein.

Signed this 6th day of August, 2018, at Monroe, Louisiana.


<u>        //Lavalle B. Salomon//        </u>
Lavalle B. Salomon