**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| **ADLEY CAMPBELL, ET AL** | * | **NUMBER: 3:17-CV-01454** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **LASALLE MANAGEMENT CO., LLC, ET AL** | * | **MAGISTRATE KAREN HAYES** |

### ORDER

The foregoing Unopposed Motion for Extension of Time considered:

**IT IS HEREBY ORDERED** that the Plaintiffs are granted an extension of time of sixty (60) days, to and including December 8, 2018, within which enter a default.

Monroe, Louisiana, this 9th day of October, 2018.

_____
JUDGE