UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

ADLEY T. CAMPBELL, JIMMY KLOBAS INDIVIDUAL, JARETH VINET INDIVIDUAL, SIDNEY STEPHENS INDIVIDUAL, DARIN WHITTINGTON INDIVIDUAL

CA NO. 3:17-CV-01454-RGJ-KLH

JUDGE ROBERT JAMES

MAGISTRATE JUDGE KAREN HAYES

VERSUS

LASALLE MANAGEMENT CO. LLC, RICHWOOD CORRECTIONAL CENTER LLC, RAY HANSEN INDIVIDUAL, CAPT DOUGLAS INDIVIDUAL, SGT DUAN ROSENTHAL INDIVIDUAL, SGT SHAFERS INDIVIUAL, LT LAWRENCE INDIVIDUAL, CORRECTIONAL OFFICER CREDIT INDIVIDUALLY, CORRECTIONAL OFFICER PARKER INDIVIDUALLY, XYZ INSURANCE COMPANY INCLUSIVE, ABC INSURANCE COMPANY INCLUSIVE

## ORDER

Considering the plaintiffs' motion,

**IT IS HEREBY ORDERED** that the Plaintiffs are granted a 120 day extension of time to serve Princeton Excess & Surplus Lines Insurance Co. and Roderick Douglas.

**ORDER SIGNED** on the _____ day of October, 2018 in Monroe, LA.

_____
JUDGE