UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

ADLEY T. CAMPBELL, JIMMY
KLOBAS INDIVIDUAL, JARETH
VINET INDIVIDUAL, SIDNEY
STEPHENS INDIVIDUAL, DARIN
WHITTINGTON INDIVIDUAL

CA NO. 3:17-CV-01454-TAD-KLH

JUDGE TERRY A. DOUGHTY

MAGISTRATE JUDGE KAREN L. HAYES

VERSUS

LASALLE MANAGEMENT CO. LLC,
RICHWOOD CORRECTIONAL CENTER LLC,
RAY HANSEN INDIVIDUAL,
CAPT DOUGLAS INDIVIDUAL, SGT
DUAN ROSENTHAL INDIVIDUAL,
SGT SHAFERS INDIVIUAL, LT
LAWRENCE INDIVIDUAL,
CORRECTIONAL OFFICER CREDIT
INDIVIDUALLY, CORRECTIONAL
OFFICER PARKER INDIVIDUALLY,
XYZ INSURANCE COMPANY
INCLUSIVE, ABC INSURANCE
COMPANY INCLUSIVE

ORDER

Considering the plaintiffs' motion,

IT IS HEREBY ORDERED that the Plaintiffs are granted a 120 day extension of time

to serve Princeton Excess & Surplus Lines Insurance Co. and Roderick Douglas.

ORDER SIGNED on the 15th day of October, 2018 in Monroe, LA.

_____
JUDGE