## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

ADLEY T. CAMPBELL, JIMMY KLOBAS INDIVIDUAL, JARETH VINET INDIVIDUAL, SIDNEY STEPHENS INDIVIDUAL, DARIN WHITTINGTON INDIVIDUAL

CA NO. 3:17-CV-01454-~~KGJ~~-KLH
TAD

JUDGE ~~ROBERT JAMES~~xxxxxxx
TERRY A. DOUGHTY

MAGISTRATE JUDGE KAREN HAYES

VERSUS

LASALLE MANAGEMENT CO. LLC,
RICHWOOD CORRECTIONAL CENTER LLC,
RAY HANSEN INDIVIDUAL,
CAPT DOUGLAS INDIVIDUAL, SGT DUAN ROSENTHAL INDIVIDUAL,
SGT SHAFERS INDIVIUAL, LT LAWRENCE INDIVIDUAL,
CORRECTIONAL OFFICER CREDIT INDIVIDUALLY, CORRECTIONAL OFFICER PARKER INDIVIDUALLY,
XYZ INSURANCE COMPANY INCLUSIVE, ABC INSURANCE COMPANY INCLUSIVE

### ORDER

Considering the motion to withdraw,

**IT IS HEREBY ORDERED** that Kevin H. Johnson be allowed to withdraw as counsel of record for Plaintiffs.

**ORDER SIGNED** on the ___17th___ day of September, 2019 in Monroe, LA.

_____
JUDGE