# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

ADLEY T. CAMPBELL, JIMMY KLOBAS INDIVIDUAL, JARETH VINET INDIVIDUAL, SIDNEY STEPHENS INDIVIDUAL, DARIN WHITTINGTON INDIVIDUAL

CA NO. 3:17-CV-01454-RGJ-KLH

JUDGE TERRY DOUGHTY

MAGISTRATE JUDGE KAREN HAYES

VERSUS

LASALLE MANAGEMENT CO. LLC, RICHWOOD CORRECTIONAL CENTER LLC, RAY HANSEN INDIVIDUAL, CAPT DOUGLAS INDIVIDUAL, SGT DUAN ROSENTHAL INDIVIDUAL, SGT SHAFERS INDIVIUAL, LT LAWRENCE INDIVIDUAL, CORRECTIONAL OFFICER CREDIT INDIVIDUALLY, CORRECTIONAL OFFICER PARKER INDIVIDUALLY, XYZ INSURANCE COMPANY INCLUSIVE, ABC INSURANCE COMPANY INCLUSIVE

## ORDER

Considering the plaintiffs' motion,

IT IS HEREBY ORDERED that the Plaintiffs are granted a 15 day extension to enter a default against QUINTAIL CREDIT, DAVID PARKER, DUAN ROSENTHAL and DEMARIO SHAFFER.

ORDER SIGNED on the ___25th___ day of September, 2019 in Monroe, LA.

_____
JUDGE