UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

ADLEY T. CAMPBELL, JIMMY
KLOBAS INDIVIDUAL, JARETH
VINET INDIVIDUAL, SIDNEY
STEPHENS INDIVIDUAL, DARIN
WHITTINGTON INIDIVIDUAL

CASE NO. 3:17-CV-01454-RGJ-KLH

JUDGE TERRY DOUGHTY

MAGISTRATE JUDGE KAREN
HAYES

VERSUS

LASALLE MANAGEMENT CO., LLC,
RICHWOOD CORRECTIONAL CENTER, LLC,
RAY HANSEN INDIVIDUAL, CAPT
DOUGLAS INDIVIDUAL, SGT DUAN
ROSENTHAL INDIVIDUAL, SGT SHAFERS
INDIVIDUAL, LT LAWRENCE INDIVIDUAL,
CORRECTIONAL OFFICER CREDIT INDIVIDUALLY,
CORRECTIONAL OFFICER PARKER INDIVIDUALLY,
XYZ INSURANCE COMPANY INCLUSIVE, ABC
INSURANCE INCLUSIVE

## PROPOSED ORDER FOR UNOPPOSED MOTION FOR EXTENSION OF TIME

Considering the foregoing Unopposed Motion for Extension of Time;

IT IS HEREBY ORDERED THAT Sgt Duan Rosenthal is granted an extension of sixty (60) days within which to file responsive pleadings to the Plaintiffs' Amended Complaint for Damages filed in the above captioned matter.

THUS DONE AND SIGNED this _27th_ day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE