UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

ADLEY T. CAMPBELL, JIMMY            CA NO.3:17-CV-01454-RGJ-KLH
KLOBAS INDIVIDUAL, JARETH
VINET INDIVIDUAL, SIDNEY            JUDGE TERRY DOUGHTY
STEPHENS INDIVIDUAL, DARIN
WHITTINGTON INDIVIDUAL             MAGISTRATE JUDGE KAREN HAYES

VERSUS

LASALLE MANAGEMENT CO. LLC,
RICHWOOD CORRECTIONAL CENTER, LLC
RAY HANSEN INDIVIDUAL,
CAPT DOUGLAS INDIVIDUAL, SGT
DUAN ROSENTHAL INDIVIDUAL,
SGT SHAFERS INDIVIDUAL, LT
LAWRNECE INDIVIDUAL,
CORRECTIONAL OFFICER CREDIT
INDIVIDUALLY, CORRECTIONAL
OFFICER PARKER INDIVIDUALLY,
XYZ INSURANCE COMPANY
INCLUSIVE, ABC INSURANCE
COMPANY INCLUSIVE

## ORDER

Considering the foregoing:

IT IS ORDERED that defendant, David Parker, is granted a 60 day extension of time within which to answer or otherwise plead.

Monroe, Louisiana, this __4th__ day of __October__, 2019.

_____
JUDGE