UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

ADLEY T. CAMPBELL, JIMMY
KLOBAS INDIVIDUAL, JARETH
VINET INDIVIDUAL, SIDNEY
STEPHENS INDIVIDUAL, DARIN
WHITTINGTON INDIVIDUAL

CIVIL ACTION NO. 3:17-CV-01454

JUDGE TERRY DOUGHTY

MAGISTRATE JUDGE KAREN HAYES

VERSUS

LASALLE MANAGEMENT CO. LLC,
RICHWOOD CORRECTIONAL CENTER LLC,
RAY HANSEN INDIVIDUAL,
CAPT DOUGLAS INDIVIDUAL, SGT
DUAN ROSENTHAL INDIVIDUAL,
SGT SHAFERS INDIVIUAL, LT
LAWRENCE INDIVIDUAL,
CORRECTIONAL OFFICER CREDIT
INDIVIDUALLY, CORRECTIONAL
OFFICER PARKER INDIVIDUALLY,
XYZ INSURANCE COMPANY
INCLUSIVE, ABC INSURANCE
COMPANY INCLUSIVE

## ORDER

Considering the foregoing Unopposed Motion for Extension of Time;

IT IS HEREBY ORDERED THAT Demario Shaffer is granted an extension of sixty (60)

days within which to file responsive pleadings to the Plaintiffs' Amended Complaint for Damages

filed in the above captioned matter.

THUS DONE AND SIGNED this 7th day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE