UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

ADLEY T. CAMPBELL, JIMMY                    CIVIL ACTION NO. 3:17-CV-01454
KLOBAS INDIVIDUAL, JARETH
VINET INDIVIDUAL, SIDNEY                     JUDGE TERRY DOUGHTY
STEPHENS INDIVIDUAL, DARIN
WHITTINGTON INDIVIDUAL                       MAGISTRATE JUDGE KAREN HAYES

VERSUS

LASALLE MANAGEMENT CO. LLC,
RICHWOOD CORRECTIONAL CENTER LLC,
RAY HANSEN INDIVIDUAL,
CAPT DOUGLAS INDIVIDUAL, SGT
DUAN ROSENTHAL INDIVIDUAL,
SGT SHAFERS INDIVIDUAL, LT
LAWRENCE INDIVIDUAL,
CORRECTIONAL OFFICER CREDIT
INDIVIDUALLY, CORRECTIONAL
OFFICER PARKER INDIVIDUALLY,
XYZ INSURANCE COMPANY
INCLUSIVE, ABC INSURANCE
COMPANY INCLUSIVE

**ANSWER TO PETITION FOR DAMAGES AND AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes defendant, DEMARIO

SHAFFER, which with respect denies each and every allegation of the petition for damages and

amended complaint filed by plaintiff, except as same may be hereinafter specifically admitted and,

more particularly answering each allegation thereof, with respect shows that:

1.

It is admitted that Demario Shaffer is made a defendant herein.  It is further admitted that

Demario Shaffer is a resident of the State of Louisiana.  It is further admitted that Demario Shaffer

was employed by defendant, Richwood Correctional Center, LLC.   The remaining allegations of

paragraph one of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

2.

The allegations of paragraph two of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

3.

It is admitted that the acts alleged in the petition occurred in Washington Parish, Louisiana. The remaining allegations of paragraph three of the petition for damages and amended complaint are denied.

4.

The allegations of paragraph four of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

5.

The allegations of paragraph five of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

6.

The allegations of paragraph six of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

7.

The allegations of paragraph seven of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

8.

The allegations of paragraph eight of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

9.

The allegations of paragraph nine of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

10.

The allegations of paragraph ten of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

11.

The allegations of paragraph eleven of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

12.

The allegations of paragraph twelve of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

13.

The allegations of paragraph thirteen of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

14.

The allegations of paragraph fourteen of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

15.

The allegations of paragraph fifteen of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

16.

The allegations of paragraph sixteen of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

17.

The allegations of paragraph seventeen of the petition for damages and amended complaint do not require an answer of this defendant.

18.

The allegations of paragraph eighteen of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

19.

The allegations of paragraph nineteen of the petition for damages and amended complaint are denied.

20.

The allegations of paragraph twenty of the petition for damages and amended complaint are denied.

21.

The allegations of paragraph twenty-one of the petition for damages and amended complaint are denied.

22.

The allegations of paragraph twenty-two of the petition for damages and amended complaint are denied.

23.

The allegations of paragraph twenty-three of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

24.

The allegations of paragraph twenty-four of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

25.

The allegations of paragraph twenty-five of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

26.

The allegations of paragraph twenty-six of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

27.

The allegations of paragraph twenty-seven of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

28.

The allegations of paragraph twenty-eight of the petition for damages and amended complaint are denied.

29.

The allegations of paragraph twenty-nine of the petition for damages and amended complaint are denied.

30.

The allegations of paragraph thirty of the petition for damages and amended complaint do not require an answer of this defendant.

31.

The allegations of paragraph thirty-one of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

32.

The allegations of paragraph thirty-two of the petition for damages and amended complaint are denied.

33.

The allegations of paragraph thirty-three of the petition for damages and amended complaint are denied.

34.

The allegations of paragraph thirty-four of the petition for damages and amended complaint are denied.

35.

The allegations of paragraph thirty-five of the petition for damages and amended complaint are denied.

36.

The allegations of paragraph thirty-six of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

37.

The allegations of paragraph thirty-seven of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

38.

The allegations of paragraph thirty-eight of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

39.

The allegations of paragraph thirty-nine of the petition for damages and amended complaint are denied.

40.

The allegations of paragraph forty of the petition for damages and amended complaint are denied.

41.

The allegations of paragraph forty-one of the petition for damages and amended complaint are denied.

42.

The allegations of paragraph forty-two of the petition for damages and amended complaint do not require an answer of this defendant.

43.

The allegations of paragraph forty-three of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

44.

The allegations of paragraph forty-four of the petition for damages and amended complaint are denied.

45.

The allegations of paragraph forty-five of the petition for damages and amended complaint are denied.

46.

The allegations of paragraph forty-six of the petition for damages and amended complaint are denied.

47.

The allegations of paragraph forty-seven of the petition for damages and amended complaint are denied.

48.

The allegations of paragraph forty-eight of the petition for damages and amended complaint are denied.

49.

The allegations of paragraph forty-nine of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

50.

The allegations of paragraph fifty of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

51.

The allegations of paragraph fifty-one of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

52.

The allegations of paragraph fifty-two of the petition for damages and amended complaint are denied.

53.

The allegations of paragraph fifty-three of the petition for damages and amended complaint are denied.

54.

The allegations of paragraph fifty-four of the petition for damages and amended complaint do not require an answer of this defendant.

55.

The allegations of paragraph fifty-five of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

56.

The allegations of paragraph fifty-six of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

57.

The allegations of paragraph fifty-seven of the petition for damages and amended complaint are denied.

58.

The allegations of paragraph fifty-eight of the petition for damages and amended complaint are denied.

59.

The allegations of paragraph fifty-nine of the petition for damages and amended complaint are denied.

60.

The allegations of paragraph sixty of the petition for damages and amended complaint are denied.

61.

The allegations of paragraph sixty-one of the petition for damages and amended complaint are denied.

62.

The allegations of paragraph sixty-two of the petition for damages and amended complaint are denied.

63.

The allegations of paragraph sixty-three of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

64.

The allegations of paragraph sixty-four of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

65.

The allegations of paragraph sixty-five of the petition for damages and amended complaint are denied.

66.

The allegations of paragraph sixty-six of the petition for damages and amended complaint are denied.

67.

The allegations of paragraph sixty-seven of the petition for damages and amended complaint are denied.

68.

The allegations of paragraph sixty-eight of the petition for damages and amended complaint do not require an answer of this defendant.

69.

The allegations of paragraph sixty-nine of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

70.

The allegations of paragraph seventy of the petition for damages and amended complaint are denied.

71.

The allegations of paragraph seventy-one of the petition for damages and amended complaint are denied.

72.

The allegations of paragraph seventy-two of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

73.

The allegations of paragraph seventy-three of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

74.

The allegations of paragraph seventy-four of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

75.

The allegations of paragraph seventy-five of the petition for damages and amended complaint are denied.

76.

The allegations of paragraph seventy-six of the petition for damages and amended complaint are denied.

77.

The allegations of paragraph seventy-seven of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

78.

The allegations of paragraph seventy-eight of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

79.

The allegations of paragraph seventy-nine of the petition for damages and amended complaint are denied.

80.

The allegations of paragraph eighty of the petition for damages and amended complaint are denied.

81.

The allegations of paragraph eighty-one of the petition for damages and amended complaint are denied.

82.

The allegations of paragraph eighty-two of the petition for damages and amended complaint do not require an answer of this defendant.

83.

The allegations of paragraph eighty-three of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

84.

The allegations of paragraph eighty-four of the petition for damages and amended complaint are denied.

85.

The allegations of paragraph eighty-five of the petition for damages and amended complaint are denied.

86.

The allegations of paragraph eighty-six of the petition for damages and amended complaint are denied.

87.

The allegations of paragraph eighty-seven of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

88.

The allegations of paragraph eighty-eight of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

89.

The allegations of paragraph eighty-nine of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

90.

The allegations of paragraph ninety of the petition for damages and amended complaint are denied.

91.

The allegations of paragraph ninety-one of the petition for damages and amended complaint are denied.

92.

The allegations of paragraph ninety-two of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

93.

The allegations of paragraph ninety-three of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

94.

The allegations of paragraph ninety-four of the petition for damages and amended complaint are denied.

95.

The allegations of paragraph ninety-five of the petition for damages and amended complaint are denied.

96.

The allegations of paragraph ninety-six of the petition for damages and amended complaint are denied.

97.

The allegations of paragraph ninety-seven of the petition for damages and amended complaint do not require an answer of this defendant.

98.

The allegations of paragraph ninety-eight of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

99.

The allegations of paragraph ninety-nine of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

100.

The allegations of paragraph one hundred of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

101.

The allegations of paragraph one hundred one of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

102.

The allegations of paragraph one hundred two of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

103.

The allegations of paragraph one hundred three of the petition for damages and amended complaint do not require an answer of this defendant.

104.

The allegations of paragraph one hundred-one of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

105.

The allegations of paragraph one hundred five of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

106.

The allegations of paragraph one hundred six of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

107.

The allegations of paragraph one hundred seven of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

108.

The allegations of paragraph one hundred six (duplicated) of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

109.

The allegations of paragraph one hundred seven (duplicated) of the petition for damages and amended complaint are denied for lack of sufficient information to justify a belief therein.

110.

The allegations of paragraph one hundred eight of the petition for damages and amended complaint do not require an answer of this defendant.

111.

The allegations of paragraph one hundred nine of the petition for damages and amended complaint do not require an answer of this defendant.

112.

Further answering, defendant shows that the sole approximate cause of any incident or complaint was the result of the actions of any and all of the plaintiffs, including, but no limited to their failure to follow verbal commands.

113.

Further answering, defendant shows that any and all injuries suffered by the plaintiffs, if any, were caused and contributed to by their own actions, fault and/or negligence.  Any recovery should be barred or, in the alternative, reduced in proportion to the fault and or negligence of the plaintiffs.

114.

Defendant shows that any force used was reasonable and necessary under the circumstances.

115.

In the alternative, defendant shows that any force used was not used in a malicious attempt to inflict pain or injury, but rather, only using response to the actions of plaintiffs, and therefore do not rise to the level of violation of civil rights.

116.

Defendant avers that all claims pursuant to 42 USC Section 1983 and/or 1988 were unfounded and not accurately supported by the facts or law, and therefore defendant is entitled to all costs of suit, including reasonable attorney fees.

117.

Defendant specifically pleads good faith immunity and/or defense.

118.

Defendant shows that he is entitled to qualified immunity.

**AMENDED COMPLAINT**

119.

All allegations of the Amended Complaint filed by plaintiffs herein are denied.

WHEREFORE, defendant, DEMARIO SHAFFER, prays:

a)     That the above and foregoing answer be deemed good and sufficient and after all due proceedings are had there be judgment herein rejecting the demands of plaintiffs with prejudice at their cost;

b)     For all costs herein, including reasonable attorney fees;

c)     In the alternative and only in the event that judgment is rendered against defendant, that any and all recovery should be reduced by the percentage of fault of any or all plaintiffs; and

d)     For all just, general and equitable relief.

Respectfully submitted,
Law Offices of Thomas Bordelon, LLC

By:/s/ Thomas A. Bordelon
Thomas A. Bordelon
401 Market Street, Suite 1150
Shreveport, LA 71101
Telephone: 318-562-1010
Facsimile: 318-562-1011
ATTORNEY    FOR    DEFENDANT,
DEMARIO SHAFFER

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Notice of Appearance and Request for Notice will be served by electronic notice via the PACER/ECF/CMS system.

Shreveport, Louisiana, this 6th day of November, 2019.

/s/ Thomas A. Bordelon
OF COUNSEL