**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**ADLEY T. CAMPBELL, JIMMY KLOBAS INDIVIDUAL, JARETH VINET INDIVIDUAL, SIDNEY STEPHENS INDIVIDUAL, DARIN WHITTINGTON INDIVIDUAL HAYES**

**VERSUS**

**LASALLE MANAGEMENT CO. LLC, RICHWOOD CORRECTIONAL CENTER, LLC, RAY HANSEN INDIVIDUAL, SGT. DOUGLAS INDIVIDUAL, SGT. DUAN ROSENTHAL INDIVIDUAL, SGT. SHAFERS INDIVIDUAL, LT. LAWRENCE  INDIVIDUAL, CORRECTIONAL OFFICER CREDIT INDIVIDUALLY, CORRECTIONAL OFFICER PARKER INDIVIDUALLY, XYZ INSURANCE COMPANY INCLUSIVE, ABC INSURANCE COMPANY INCLUSIVE**

**CA NO.3:17-CV-01454-RGJ-KLH**

**JUDGE TERRY DOUGHTY**

**MAGISTRATE JUDGE KAREN**

## ORDER

Considering the foregoing:

IT IS ORDERED that Liza Beth Grozinger is withdrawn from representing defendant David Parker in the above-captioned matter.  Vicki C. Warner will remain as counsel of record for David Parker.

Monroe, Louisiana, this ___12th___ day of __November_____, 2019.

_____
U.S. Magistrate Judge