UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

ADLEY T. CAMPBELL, JIMMY     *    NO3:17-CV-01454-RGJ-KLH
KLOBAS INDIVIDUAL, JARETH
VINET INDIVIDUAL, SIDNEY      *    JUDGE TERRY DOUGHTY
STEPHENS INDIVIDUAL, DARIN
WHITTINGTON INDIVIDUAL      *    MAGISTRATE JUDGE KAREN HAYES

VERSUS

LASALLE MANAGEMENT CO. LLC,
RICHWOOD CORRECTIONAL CENTER, LLC
RAY HANSEN INDIVIDUAL,
CAPT DOUGLAS INDIVIDUAL, SGT
DUAN ROSENTHAL INDIVIDUAL,
SGT SHAFERS INDIVIDUAL, LT
LAWRENCE  INDIVIDUAL,
CORRECTIONAL OFFICER CREDIT
INDIVIDUALLY, CORRECTIONAL
OFFICER PARKER INDIVIDUALLY,
XYZ INSURANCE COMPANY
INCLUSIVE, ABC INSURANCE
COMPANY INCLUSIVE

## ORDER

Considering the foregoing:

IT IS ORDERED that defendant, David Parker, is granted a 60 day extension of time

within which to answer or otherwise plead.

Monroe, Louisiana, this __26th__ day of __November__, 2019.

_____
JUDGE