UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| ADLEY T. CAMPBELL, JIMMY KLOBAS INDIVIDUAL, JARETH VINET INDIVIDUAL, SIDNEY STEPHENS INDIVIDUAL, DARIN WHITTINGTON INIDIVIDUAL | CASE NO. 3:17-CV-01454-RGJ-KLH |
| | JUDGE TERRY DOUGHTY |
| | MAGISTRATE JUDGE KAREN HAYES |

VERSUS

LASALLE MANAGEMENT CO., LLC,
RICHWOOD CORRECTIONAL CENTER, LLC,
RAY HANSEN INDIVIDUAL, CAPT
DOUGLAS INDIVIDUAL, SGT DUAN
ROSENTHAL INDIVIDUAL, SGT SHAFERS
INDIVIDUAL, LT LAWRENCE INDIVIDUAL,
CORRECTIONAL OFFICER CREDIT INDIVIDUALLY,
CORRECTIONAL OFFICER PARKER INDIVIDUALLY,
XYZ INSURANCE COMPANY INCLUSIVE, ABC
INSURANCE INCLUSIVE

## PROPOSED ORDER FOR MOTION
## FOR EXTENSION OF TIME

Considering the foregoing Motion for Extension of Time;

IT IS HEREBY ORDERED THAT Sgt Duan Rosenthal is granted an extension of sixty

(60) days within which to file responsive pleadings to the Plaintiffs' Amended Complaint for

Damages filed in the above captioned matter.

THUS DONE AND SIGNED this 26th day of ___November___, 2019.

_____
UNITED STATES MAGISTRATE JUDGE