UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

ADLEY T. CAMPBELL, ET AL.                    CIVIL ACTION 3:17-CV-1454

VERSUS                                        JUDGE DOUGHTY

LASALLE MANAGEMENT CO., LLC.,                 MAGISTRATE JUDGE HAYES
ET AL.

### O R D E R

On October 18, 2019, a **NOTICE OF APPEARANCE** by David J. Utter was filed on behalf of  Plaintiffs Adley T Campbell, Jimmy Klobas, Sidney Stephens, Jareth Vinet, and Darin Whittington. (Document #78) These parties are already represented by other counsel. Under the provisions of **LR83.2.12**, other counsel may appear for the same party only upon motion of counsel of record for the party, or motion consented to by him/her; or, upon motion, after counsel for the party has been permitted to withdraw or has died, or is incapacitated, or cannot be found; or, upon motion of a party after notice to counsel of record and a hearing thereon. Movers were notified of this deficiency on October 18, 2019, but have failed to correct it.

Accordingly,

**IT IS ORDERED** that the **NOTICE OF APPEARANCE** by David J. Utter filed on behalf of  Plaintiffs Adley T Campbell, Jimmy Klobas, Sidney Stephens, Jareth Vinet, and Darin Whittington (Document #78) on October 18, 2019, be and is hereby stricken from the record.

Monroe, Louisiana, this __17th__ day of January, 2020.

_____
**KAREN L. HAYES**
**UNITED STATES MAGISTRATE JUDGE**