UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

ADLEY T. CAMPBELL,                          )
JIMMY KLOBAS INDIVIDUAL,                     )
JARETH VINET INDIVIDUAL,                     )
SIDNEY STEPHENS INDIVIDUAL,                  )
DARIN WHITTINGTON INDIVIDUAL,               )
                                            )
    Plaintiffs,                             )
                                            )
VERSUS                                      )   CA NO.: 3:17-CV-01454-TAD-KLH
                                            )
LASALLE MANAGEMENT CO., LLC,                )   JUDGE TERRY DOUGHTY
RICHWOOD CORRECTIONAL CENTER, LLC, )
RAY HANSEN INDIVIUDAL,                       )   MAGISTRATE JUDGE KAREN HAYES
SGT. DUAN ROSENTHAL INDIVIDUAL,)
LT. LAWRENCE INDIVIDUAL,                     )
CORRECTIONAL OFFICER CREDIT                  )
INDIVIDUALLY,                               )
CORRECTIONAL OFFICER PARKER                  )
INDIVIDUALLY,                               )
XYZ INSURANCE COMPANY INCLUSIVE, )
ABC INSURANCE COMPANY INCLUSIVE, )
                                            )
    Defendants.                             )

**ORDER**

Having duly considered Plaintiffs' *Ex Parte Motion to Enroll David J. Utter as Additional Counsel of Record for Plaintiffs*,

IT IS HEREBY ORDERED that the Motion is GRANTED.  David J. Utter shall be enrolled as counsel of record for Plaintiffs.

This 21st day of January, 2020.

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA