UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| ADLEY T. CAMPBELL, | ) | |
| JIMMY KLOBAS INDIVIDUAL, | ) | |
| JARETH VINET INDIVIDUAL, | ) | |
| SIDNEY STEPHENS INDIVIDUAL, | ) | |
| DARIN WHITTINGTON INDIVIDUAL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| VERSUS | ) | CA NO.: 3:17-CV-01454-RGJ-KLH |
| | ) | |
| LASALLE MANAGEMENT CO., LLC, | ) | JUDGE TERRY DOUGHTY |
| RICHWOOD CORRECTIONAL CENTER, LLC, | ) | |
| RAY HANSEN INDIVIUDAL, | ) | MAGISTRATE JUDGE KAREN HAYES |
| SGT. DUAN ROSENTHAL INDIVIDUAL, | ) | |
| LT. LAWRENCE INDIVIDUAL, | ) | |
| CORRECTIONAL OFFICER CREDIT | ) | |
| INDIVIDUALLY, | ) | |
| CORRECTIONAL OFFICER PARKER | ) | |
| INDIVIDUALLY, | ) | |
| XYZ INSURANCE COMPANY INCLUSIVE, | ) | |
| ABC INSURANCE COMPANY INCLUSIVE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER & WRIT OF HABEAS CORPUS AND TESTIFICANDUM

**JIMMY KLOBAS DOC# 489472**, is a necessary and material witness in settlement proceedings in this case on **March 3, 2020 at 9:30 a.m.**, is confined at Dixon Correctional Institute, 5568 LA-68, Jackson, LA 70748, in the custody of the Warden. In order to secure this inmate's attendance at these proceedings, it is necessary that a Writ of Habeas Corpus ad Testificandum issue, commanding the custodian to produce the inmate before the **Honorable Magistrate Judge Karen L. Hayes, at the United States District Court, Western Division, Monroe Parish, on the Third floor of the U.S. Courthouse, located at 201 Jackson Street, Monroe, Louisiana at 9:30 a.m. on March 3, 2020.**

**ACCORDINGLY, IT IS HEREBY ORDRED that:**

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, Commanding the Dixon Correctional Institute Warden to produce the inmate named above to participate in a settlement conference in the United States District Court, at the time and place noted above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter and to return the inmate to Dixon Correctional Institute;

2.  The custodian is ordered to notify the court of any change in custody of this inmate, and is ordered to provide the new custodian with a copy of this writ;

3.  The Clerk of Court is directed to serve a copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, Louisiana State Penitentiary, 17544 Tunica Trace, Angola, Louisiana 70712; and

4.  The Clerk of Court is directed to serve a copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, Dixon Correctional Institute, 5568 LA-68, Jackson, LA 70748.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO:  THE WARDEN, DIXON CORRECTIONAL INSTITUTE**, P.O. Box 788, Jackson, Louisiana 70748:

**WE COMMAND** you to produce the inmate named above to participate in the settlement proceedings before the United States District Court, at the time and place noted above.

**FURTHER,** you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

SO ORDERED this ___10th___ day of February, 2020.

_____

HONORABLE KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE