UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

ADLEY T. CAMPBELL, JIMMY
KLOBAS INDIVIDUAL, JARETH
VINET INDIVIDUAL, SIDNEY
STEPHENS INDIVIDUAL, DARIN
WHITTINGTON INDIVIDUAL

DOCKET NO.: 3:17-CV-01454-RGJ-KLH

JUDGE TERRY DOUGHTY

MAGISTRATE JUDGE KAREN L. HAYES

VERSUS

LASALLE MANAGEMENT CO., LLC,
RICHWOOD CORRECTIONAL CENTER, LLC,
RAY HANSEN INDIVIDUAL, CAPT
DOUGLAS INDIVIDUAL, SGT DUAN
ROSENTHAL INDIVIDUAL, SGT SHAFERS
INDIVIDUAL, LT LAWRENCE INDIVIDUAL,
CORRECTIONAL OFFICER CREDIT INDIVIDUALLY,
CORRECTIONAL OFFICER PARKER INDIVIDUALLY,
XYZ INSURANCE COMPANY INCLUSIVE, ABC
INSURANCE INCLUSIVE

**PROPOSED ORDER ON MOTION
FOR EXTENSION OF TIME**

Considering the foregoing Motion for Extension of Time;

IT IS HEREBY ORDERED THAT defendant, SGT DUAN ROSENTHAL, is granted an extension of forty-five (45) days from the date of this Order within which to file his responsive pleadings in the above-captioned matter.

THUS DONE AND SIGNED this __25th__ day of __February__, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

1