UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

**ADLEY T. CAMPBELL, ET AL.**            **CASE NO. 3:17-CV-01454**

**VERSUS**            **JUDGE TERRY A. DOUGHTY**

**LASALLE MANAGEMENT CO., L.L.C., ET AL.**            **MAG. JUDGE KAREN L. HAYES**

### MINUTE ENTRY

On March 3, 2020, the undersigned held a settlement conference in this matter, which resulted in a confidential settlement to the extent allowed by law for a semi-public agency. *See* Minutes [doc. # 11]. Nonetheless, the terms of the settlement were read in open court. *Id*.

Earlier this date, the Clerk of Court received a public records request from an Associated Press reporter for a copy of the settlement or a transcript of the settlement that was read aloud in open court on March 3, 2020. The Clerk of Court is authorized to release a copy of the transcript to the reporter, at her cost/expense.[1]

In Chambers, at Monroe, Louisiana, on this 10th day of March, 2020.

KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE

---

[1] Settlements entered in open court are not transcribed unless a party requests a transcript and pays for the transcription. To date, no other party has asked for the settlement to be transcribed. Therefore, the AP reporter will have to bear the cost of transcription.